**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ROBERT DELL'OSSO,  On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-cv-00969-JKB |
| v. | ) ) ) | |
| SILVER BAY REALTY TRUST CORP., THOMAS W. BROCK, DARYL J. CARTER, TANUJA M. DEHNE, STEPHEN G. KASNET, IRVIN R. KESSLER, W. REID SANDERS, THOMAS E. SIERING, and MARK WELD , | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S**
**VOLUNTARY DISMISSAL OF THE ABOVE ACTION AND PLAINTIFF'S**
**COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS'**
**FEES AND EXPENSES**

WHEREAS, on February 27, 2017, Silver Bay Realty Trust Corp. ("Silver Bay" or the

"Company") and Tricon Capital Group, Inc. ("Tricon") announced that they had entered into an

Agreement and Plan of Merger (the "Merger Agreement") pursuant to which Tricon would

acquire all of the outstanding shares of Silver Bay in exchange for $21.50 in cash per Silver Bay

share (the "Transaction");

WHEREAS, on March 28, 2017, Silver Bay filed a Schedule 14A Definitive Proxy

Statement (the "Proxy") with the United States Securities and Exchange Commission ("SEC").

Among other things, the Proxy (i) summarized the Merger Agreement, (ii) provided an account

of the events leading up to the execution of the Merger Agreement, (iii) stated that Silver Bay's

board of directors determined that the Transaction was in the best interests of Silver Bay's

stockholders and recommended the Transaction, and (iv) summarized the valuation analyses and fairness opinion by the financial advisor to Silver Bay;

WHEREAS, on April 7, 2017, plaintiff Robert Dell'Osso ("Plaintiff") filed a class action lawsuit in the United States District Court for the District of Maryland, on behalf of himself and other public stockholders of Silver Bay, challenging the adequacy of the disclosures made in the Proxy, captioned:  *Dell'Osso v. Silver Bay Realty Trust Corp., et al.*, Case No. 17-cv-969-JKB (the "Action");

WHEREAS, the Complaint alleged, among other things, that defendants Silver Bay, Thomas W. Brock, Daryl J. Carter, Tanuja M. Dehne, Stephen G. Kasnet, Irvin R. Kessler, W. Reid Sanders, Thomas E. Siering, and Mark Weld (collectively, the "Defendants") committed disclosure violations under Sections 14(a) and 20(a) of the Securities and Exchange Act of 1934 (the "Exchange Act"), and Rule 14a-9 promulgated thereunder;

WHEREAS, on April 12, 2017, Plaintiff filed a Motion for Preliminary Injunction seeking to enjoin the Transaction unless Defendants cured the alleged disclosure violations;

WHEREAS, counsel for the parties engaged in arm's-length negotiations to attempt to resolve the claims raised in the Complaint;

WHEREAS, on April 21, 2017, the parties agreed on supplemental disclosures related to the Transaction (the "Supplemental Disclosures"), which addressed and mooted Plaintiff's claims regarding the disclosures in the Proxy;

WHEREAS, Defendants filed a Form 8-K containing the Supplemental Disclosures with the SEC on April 24, 2017;

WHEREAS, on April 24, 2017, Plaintiff filed a Notice withdrawing his Motion for Preliminary Injunction;

WHEREAS, on April 25, 2017, the Court issued an Order finding as moot Plaintiff's Motion for Preliminary Injunction;

WHEREAS, Plaintiff's counsel reserve the right to assert a claim for attorneys' fees and expenses in connection with the prosecution of the Action and the issuance of the Supplemental Disclosure, and have informed Defendants of their intention to petition the Court for such fees and expenses if their claim cannot be resolved through negotiations between counsel for Plaintiff and Defendants (the "Fee Application");

WHEREAS, all of the Defendants in the Action reserve all rights, arguments, and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys, and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application or award; and

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties:

1.      Plaintiff hereby voluntarily dismisses the Action pursuant to Fed. R. Civ. P. 41(a)(1).  The dismissal is as to the named Plaintiff only and has no effect upon the absent members of the putative class.

2.      This Court retains continuing jurisdiction over the parties in the Action solely for purposes of further proceedings related to the adjudication of Plaintiff's anticipated application for an award of attorneys' fees and expenses.

3.      If the parties are unable to resolve Plaintiff's counsel's claim for attorneys' fees and expenses, Plaintiff shall file any petition and supporting papers seeking such relief by no later than June 21, 2017.

　　　IT IS SO STIPULATED

Respectfully submitted this 8th day of May, 2017

**Levi & Korsinsky LLP**
By:  *s/ Donald J. Enright*
Donald J. Enright (#013551)
Brian D. Stewart (#19906)
1101 30th Street NW
Suite 115
Washington, D.C. 20007
Telephone:    (202) 524-4290
Facsimile:    (202) 333-2121

*Counsel for Plaintiff*

**Ballard Spahr LLP**
By:  *s/ Charles S. Hirsch*
Charles S. Hirsch (#06605)
300 E. Lombard Street, 18th Fl.
Baltimore, Maryland 21202
Telephone:  410-528-5503
Facsimile:  410-528-5650

Of Counsel:
James N. Kramer
Alex Talarides
**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-4254
Email: jkramer@orrick.com
　　　atalarides@orrick.com

*Attorneys for Defendants Silver Bay*
*Realty Trust Corp., Thomas W. Brock,*
*Daryl J. Carter, Tanuja M. Dehne,*
*Stephen G. Kasnet, Irvin R. Kessler, W.*
*Reid Sanders, Thomas E. Siering, and*
*Mark Weld*

SO ORDERED this _____ day of _____, 2017

_____

Honorable James K. Bredar
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

*/s/ Donald J. Enright*
Donald J. Enright