## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT DELL'OSSO,  On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVER BAY REALTY TRUST CORP., THOMAS W. BROCK, DARYL J. CARTER, TANUJA M. DEHNE, STEPHEN G. KASNET, IRVIN R. KESSLER, W. REID SANDERS, THOMAS E. SIERING, and MARK WELD ,<br><br>Defendants. | )<br>)<br>)<br>)    Case No. 1:17-cv-00969-JKB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION WITH PREJUDICE AND PLAINTIFF'S COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

WHEREAS, on February 27, 2017, Silver Bay Realty Trust Corp. ("Silver Bay" or the "Company") and Tricon Capital Group, Inc. ("Tricon") announced that they had entered into an Agreement and Plan of Merger pursuant to which Tricon would acquire all of the outstanding shares of Silver Bay in exchange for $21.50 in cash per Silver Bay share (the "Proposed Transaction");

WHEREAS, on March 28, 2017, Silver Bay filed a Schedule 14A Definitive Proxy Statement (the "Proxy") with the SEC.  Among other things, the Proxy (i) summarized the Merger Agreement, (ii) provided an account of the events leading up to the execution of the Merger Agreement, (iii) stated that the Silver Bay's board of directors determined that the Proposed Transaction was in the best interests of Silver Bay's stockholders and recommended the Proposed

Transaction, and (iv) summarized the valuation analyses and fairness opinion by the financial advisor to Silver Bay;

WHEREAS, on April 7, 2017, plaintiff Robert Dell'Osso ("Plaintiff") filed a purported class action lawsuit in the District Court for the District of Maryland, on behalf of himself and other public stockholders of Silver Bay, challenging the adequacy of the disclosures made in the Proxy, captioned: *Dell'Osso v. Silver Bay Realty Trust Corp., et al.*, Case No. 17-cv-969-JKB (the "Action");

WHEREAS, the Complaint alleged, among other things, that Defendants Silver Bay Realty Trust Corp., Thomas W. Brock, Daryl J. Carter, Tanuja M. Dehne, Stephen G. Kasnet, Irvin R. Kessler, W. Reid Sanders, Thomas E. Siering, and Mark Weld (collectively, the "Defendants") committed disclosure violations under Sections 14(a) and 20(a) of the Securities and Exchange Act of 1934 (the "Exchange Act"), and Rule 14a-9 promulgated thereunder;

WHEREAS, on April 12, 2017, Plaintiff filed a Motion for Preliminary Injunction seeking to enjoin the Proposed Transaction unless Defendants cured the alleged disclosure violations;

WHEREAS, counsel for the parties engaged in arm's-length negotiations to attempt to resolve the claims raised in the Complaint;

WHEREAS, on April 21, 2017, the parties agreed on a draft of supplemental disclosures related to the Proposed Transaction (the "Supplemental Disclosures"), which Plaintiff believes address and moot his claims regarding the sufficiency of the disclosures in the Proxy;

WHEREAS, Defendants filed a Form 8-K containing the Supplemental Disclosures with the SEC on April 24, 2017;

WHEREAS, on April 24, 2017, Plaintiff filed a Notice withdrawing his Motion for Preliminary Approval;

WHEREAS, on April 25, 2017, the Court issued an order finding as moot Plaintiff's Motion for Preliminary Approval;

WHEREAS, on May 5, 2017, the stockholders of Silver Bay voted to approve the Proposed Transaction;

WHEREAS, on May 8, 2017, Plaintiff filed a Stipulation of Dismissal, joined by Defendants, agreeing to dismissal of Plaintiff's claims with prejudice, preserving the Court's jurisdiction for a potential application for attorney's fees and expenses;

WHEREAS; on May 9, 2017, the Proposed Transaction was consummated;

WHEREAS, on May 10, 2017, the Court entered an Order (the "Dismissal Order") that, among other things, dismissed with prejudice all of Plaintiff's claims;

WHEREAS, subsequent to the entry of the Dismissal Order, the parties negotiated at arms'-length to resolve the Fee and Expense Application;

WHEREAS, on or around June 5, 2017, the parties reached agreement with respect to the Fee and Expense Application, without the need of further litigation, which fees and expenses in the amount of $350,000 shall be paid within seven (7) days of entry of this [Proposed] Order Closing the Action;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious; and

WHEREAS, no class has been certified in the Action;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2017 that:

1. Defendants shall pay to Plaintiff the Agreed Fee within seven (7) days of the entry of this Order.

2. The Case is closed for all purposes

**Levi & Korsinsky LLP**

By:  *s/ Donald J. Enright*

Donald J. Enright (#013551)
Brian D. Stewart (#19906)
1101 30th Street NW
Suite 115
Washington, D.C. 20007
Telephone:     (202) 524-4290
Facsimile:     (202) 333-2121

*Counsel for Plaintiff*

**Ballard Spahr LLP**

By:   *s/ Charles S. Hirsch*

Charles S. Hirsch (#06605)
300 E. Lombard Street, 18th Fl.
Baltimore, Maryland 21202
Telephone:  410-528-5503
Facsimile:  410-528-5650

Of Counsel:
James N. Kramer
Alex Talarides

**Orrick, Herrington & Sutcliffe LLP**

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-4254
Email: jkramer@orrick.com
              atalarides@orrick.com

*Attorneys for Defendants Silver Bay
Realty Trust Corp., Thomas W. Brock,
Daryl J. Carter, Tanuja M. Dehne,
Stephen G. Kasnet, Irvin R. Kessler, W.
Reid Sanders, Thomas E. Siering, and
Mark Weld*

SO ORDERED this _____ day of _____, 2017

_____

Honorable James K. Bredar
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

*/s/ Donald J. Enright*
Donald J. Enright